IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JASON WARREN PUGH,                    )
                                      )
        Plaintiff,                    )
                                      )
vs.                                   )        CIV. A. NO. 25-00249-JB-N
                                      )
STEPHEN MAHONE BILLY, *et al.,*       )
                                      )
        Defendants.                   )

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to

the issues raised, and there having been no objections filed, the Recommendation of

the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion

of this Court.  It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED**

**without prejudice**.

        **DONE and ORDERED** this 20th day of May, 2026.

                          /s/ JEFFREY U. BEAVERSTOCK
                          CHIEF UNITED STATES DISTRICT JUDGE